FILED'09 MAR 04 11:54USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

MEGAN MINNITI,

      **Plaintiff,**

 v.          Civil No. 07-6348-HO

CAR TOYS, INC.,

      **Defendant.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

Dated: March 4, 2009.

      MARY MORAN, Acting Clerk of Court

      by *Christine Weller*

      Christine Weller, Deputy Clerk

ORDER OF DISMISSAL