FILED '09 APR 06 12:18 USDC-ORE

**Heather C. Beasley,** Oregon State Bar No. 965443
hbeasley@davisrothwell.com
Davis Rothwell Earle & Xóchihua P.C.
111 Southwest Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone: (503) 222-4422
Facsimile: (503) 222-4428
   Of Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MEGAN MINNITI, | ) | Case No. 07-6348-HO |
| | ) | |
| Plaintiff, | ) | **STIPULATED GENERAL JUDGMENT** |
| | ) | **OF DISMISSAL** |
| v. | ) | |
| | ) | |
| CAR TOYS, INC., a Washington corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties herein, the court finding no just reason for delay and good cause appearing,

///

///

///

///

Page 1 - **STIPULATED GENERAL JUDGMENT OF DISMISSAL**

L:\78\MINNITI\USEME\PLD.wpd

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled case shall be and hereby is dismissed with prejudice and without fees or costs to any party.

DATED: _____4 April_____, 2009.

_____
District Court Judge

IT IS SO STIPULATED:

By: _____ OSB#05345    Dated: 3/30/09
Kevin Lafky, OSB No. 852633
Of Attorneys for Plaintiff

By: _____    Dated: 3/31/09
Heather C. Beasley, OSB No. 965443
Of Attorneys for Defendant

Page 2 - **STIPULATED GENERAL JUDGMENT OF DISMISSAL**

L:\78\MINNITI\USEME\PLD.wpd